## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CLAYTON O. ELLIOTT,**
**ADC #145989**                                                                      **PLAINTIFF**

**V.**                              **CASE NO. 1:19-CV-57-DPM-BD**

**MARJORIE HALL,** *et al*.                                                **DEFENDANTS**

### <u>ORDER</u>

The Clerk is instructed to send a copy of docket entries #22, #23, and #24 to Mr. Elliott at his new address. Mr. Elliott's response to Defendants' motion for partial summary judgment may be filed within 14 days of this Order, in accordance with the provisions of the October 8, 2019 Order (#25).

IT IS SO ORDERED, this 17th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE