# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

CLAYTON O. ELLIOTT
ADC #145989                                                      PLAINTIFF

v.                         No. 1:19-cv-57-DPM-BD

MARJORIE HALL, H.O.A. Wellpath
North Central Unit; NATHAN WEST,
D.O.N., Wellpath, North Central Unit;
McKNIGHT, Nurse, L.P.N., C.C.S., Wellpath,
North Central Unit; MARTY HEARYMAN,
Physician, Wellpath, North Central Unit; and
SHARYN ROHDER, Nurse, L.P.N. Provider,
C.C.S., Wellpath, North Central Unit                             DEFENDANTS

## ORDER

In light of the motion to reconsider and Magistrate Judge Deere's Order denying it, № 34 & № 36, the deadline for objecting to the partial recommendation is extended to 23 December 2019.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2019