IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CLAYTON O. ELLIOTT
ADC #145989                                                                                        PLAINTIFF

v.                               No. 1:19-cv-57-DPM-BD

MARJORIE HALL, H.O.A. Wellpath
North Central Unit; NATHAN WEST,
D.O.N., Wellpath, North Central Unit;
McKNIGHT, Nurse, L.P.N., C.C.S., Wellpath,
North Central Unit; MARTY HEARYMAN,
Physician, Wellpath, North Central Unit; and
SHARYN ROHDER, Nurse, L.P.N. Provider,
C.C.S., Wellpath, North Central Unit                                           DEFENDANTS

ORDER

On de novo review, the Court adopts the partial recommendation, № 33, as modified and partly sustains the Defendants' objections, № 39.

As to grievance 18-536 the Court sustains the Defendants' first objection. Elliott's complaint in this case is about the medical care he received for injuries to the right side of his face. № 2 at 7–11. The claims in grievance 18-536 about problems with his left eye — whether exhausted or not — are therefore unrelated to this lawsuit.

As to grievance 18-663, the Court adopts the partial recommendation and overrules Defendants' objections. This case is more akin to *Hamner v. Griffin* than it is to *Green v. Woolfolk*. Compare

№ 143 in E.D. Ark. № 5:18-cv-60-DPM, *with* №71 in E.D. Ark. № 5:19-cv-111-DPM-BD.  Here, nothing in the Department's response would have alerted Elliott that prison officials were construing his grievance as presenting a multiple-issue problem or that they were rejecting part of it for lacking particulars.  Instead, the Health Services response quoted Elliott's full grievance, responded without explicitly limiting the claims, and expected Elliott to know that a layer of his grievance was being rejected for procedural reasons.  As in *Hamner*, that's too opaque a process for the ordinary prisoner to navigate.  Defendants' exhaustion objection on grievance 18-663 is therefore overruled.

*  *  *

Motion for partial summary judgment, № 33, partly granted and partly denied.  Elliott may proceed with his claims against Defendants Hearyman and Hall in grievance 18-663.  His remaining claims are dismissed without prejudice as either unexhausted or—in the case of grievance 18-536—unrelated to the complaint in this case.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

16 June 2020