IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CLAYTON O. ELLIOTT
ADC #145989                                                                      PLAINTIFF

v.                              No. 1:19-cv-57-DPM

MARJORIE HALL, H.O.A. Wellpath
North Central Unit, and MARTY HEARYMAN,
Physician, Wellpath, North Central Unit                      DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed recommendation, *Doc. 90*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 73*, granted. Elliott's remaining claims will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 November 2021