## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

CLAYTON O. ELLIOTT
ADC #145989                                                    PLAINTIFF

v.                              No. 1:19-cv-57-DPM

MARJORIE HALL, H.O.A. Wellpath
North Central Unit;  NATHAN WEST,
D.O.N., Wellpath, North Central Unit;
McKNIGHT, Nurse, L.P.N., C.C.S., Wellpath,
North Central Unit;  MARTY HEARYMAN,
Physician, Wellpath, North Central Unit;  and
SHARYN ROHDER, Nurse, L.P.N. Provider,
C.C.S., Wellpath, North Central Unit               DEFENDANTS

### JUDGMENT

Elliott's claims against Defendants Hearyman and Hall exhausted
in grievance 18-663 are dismissed with prejudice.  All other claims are
dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 November 2021